```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
                    05-CV-831(JMR/FLN)


Ecolab, Inc.                     )
                                 )
         v.                      )     ORDER
                                 )
FMC Corporation                  )
```

Judgment on the jury's verdict was entered in this matter on November 8, 2007.  Both sides have filed post-trial motions.

1.  Plaintiff's motions [Docket Nos. 438, 441, 444, 462, 466, 469, 489] are denied.

2.  Defendant's motions [Docket Nos. 447, 449, 451, 453, 455, 457, 459, 461, 478] are denied.

IT IS SO ORDERED.

Dated:  February 22, 2008

                                    s/ JAMES M. ROSENBAUM
                                    JAMES M. ROSENBAUM
                                    United States Chief District Judge